SHARON D. MAYO (SBN: 150469)
sharon.mayo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center,
10th Floor San Francisco, CA 94111-4024
Tel.: 415.471.3100
Fax: 415.471.3400
*Counsel for Defendant* BRISTOL-MYERS
SQUIBB COMPANY

JENNIFER LIAKOS (SBN: 207487)
JLiakos@NapoliLaw.com
NAPOLI SHKOLNIK, PLLC
5757 W. Century Blvd., Suite 680
Los Angeles, CA 90045
Tel.: 310-331-8224
Fax: 310-736-2877
*Counsel for Plaintiffs*

[Additional counsel listed on signature pages]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID ADAMS, BERNARD ADENIRAN, EVERARDA AISPURO, CHRISTOPHER BERTA, KEVIN BIRTON, AMANDA BOTFELD, LISA BRASSY, ROBERT M. BROCKLEY, MICHAEL BROWN, BONNIE CALDERON, MARCEL CALHOUN, DUANE CONLEY, BILLY CUNNINGHAM, ANNA A. DAVIE, TIMOTHY DAVIS, JOHN DURSMA, NATHAN EVERHART, LARRY FAIRLEY, YENENEW GIRMA, THEO J. GOMEZ, AFENI GRAPHENREED, JANICE GREENWOOD, SABRENA HAMMOND, MONICA HARTMAN, JAVIER HEREDIA, JOHN HERNANDEZ, WINSTON HERRING, TREMAINE JAMES, JULIE JOHNSTON, JOYCE M. JONES, LYNN JONES, LUKE KARASIUK, LILA LAYMAN, ANGELA LYONS, DAVID MACAULEY, KATHLEEN MARIE MAHONEY, COLIN MARTIN, JOHN MARTINEZ, CLYDE MCKINNEY, SHELLY MEECE, CHRISTIAN T. MOORE, WILLIE MOSLEY, AMECHI OKOCHA, JAMES | Case No. 3:18-cv-05007-JST<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING TRANSFER TO THE ABILIFY® MDL** |

| | |
|---|---|
| 1 | PECK, DIANNA PINKHAM, RICARDO QUINONEZ, JEROME RAINES, GREGG RAMIREZ, GERRY ROBERTS, JOSEPH ROBINSON, DANNY SANDERS, MICHAEL SCHUETTA, PAULINE M. SCOTT, BENNIE SMITH, LIZA E. SOTO, BLAIR STEVENS, KAYLA STEWART, TAMMIE TERRELL, FRANK THOMAS, LEOTIST TRAMBLE, DENNIS TRYON, EDWARD VASQUEZ, SERITA WALLACE, HARRY E. WHITAKER, CECILY Y. WILLIAMS, GALE WILLIAMS, SHERRI WOOD, DORTHY WRIGHT, PILLAR YOUNG, and JOSE ZEPEDA ROMAN, |

1  PECK, DIANNA PINKHAM, RICARDO
   QUINONEZ, JEROME RAINES, GREGG
2  RAMIREZ, GERRY ROBERTS, JOSEPH
   ROBINSON, DANNY SANDERS,
3  MICHAEL SCHUETTA, PAULINE M.
   SCOTT, BENNIE SMITH, LIZA E.
4  SOTO, BLAIR STEVENS, KAYLA
   STEWART, TAMMIE TERRELL,
5  FRANK THOMAS, LEOTIST
   TRAMBLE, DENNIS TRYON, EDWARD
6  VASQUEZ, SERITA WALLACE,
   HARRY E. WHITAKER, CECILY Y.
7  WILLIAMS, GALE WILLIAMS, SHERRI
   WOOD, DORTHY WRIGHT, PILLAR
8  YOUNG, and JOSE ZEPEDA ROMAN,

9              Plaintiffs,

10     v.

11 BRISTOL-MYERS SQUIBB COMPANY,
   MCKESSON CORPORATION, OTSUKA
12 AMERICA PHARMACEUTICAL, INC.,
   OTSUKA PHARMACEUTICAL CO.,
13 LTD., and DOES 1 TO 100,

14             Defendants.

Defendants Bristol-Myers Squibb Company ("BMS"), Otsuka America Pharmaceutical, Inc. ("OAPI"), and McKesson Corporation ("McKesson") (collectively, "Defendants"), and Plaintiffs David Adams, Bernard Adeniran, Everarda Aispuro, Christopher Berta, Kevin Birton, Amanda Botfeld, Lisa Brassy, Robert M. Brockley, Michael Brown, Bonnie Calderon, Marcel Calhoun, Duane Conley, Billy Cunningham, Anna A. Davie, Timothy Davis, John Dursma, Nathan Everhart, Larry Fairley, Yenenew Girma, Theo J. Gomez, Afeni Graphenreed, Janice Greenwood, Sabrena Hammond, Monica Hartman, Javier Heredia, John Hernandez, Winston Herring, Tremaine James, Julie Johnston, Joyce M. Jones, Lynn Jones, Luke Karasiuk, Lila Layman, Angela Lyons, David Macauley, Kathleen Marie Mahoney, Colin Martin, John Martinez, Clyde McKinney, Shelly Meece, Christian T. Moore, Willie Mosley, Amechi Okocha, James Peck, Dianna Pinkham, Ricardo Quinonez, Jerome Raines, Gregg Ramirez, Gerry Roberts, Joseph Robinson, Danny Sanders, Michael Schuetta, Pauline M. Scott, Bennie Smith, Liza E. Soto, Blair Stevens, Kayla Stewart, Tammie Terrell, Frank Thomas, Leotist Tramble, Dennis Tryon, Edward Vasquez, Serita Wallace, Harry E. Whitaker, Cecily Y. Williams, Gale Williams, Sherri Wood, Dorthy Wright, Pillar Young, and Jose Zepeda Roman ("Plaintiffs") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to, and respectfully request that the Court enter an order establishing the following:

WHEREAS, on August 13, 2018, Plaintiffs filed their Complaint in the Superior Court of California in and for San Francisco County,

WHEREAS, on August 16, 2018, BMS removed this case from the Superior Court of the State of California in and for San Francisco County to the U.S. District Court for the Northern District of California,

WHEREAS, no Defendant has filed an Answer or other responsive pleading,

WHEREAS, on August 21, 2018, the Judicial Panel of Multidistrict Litigation (the "JPML") entered Conditional Transfer Order ("CTO")-23 conditionally transferring this case to MDL-2734, *In re Abilify (Aripiprazole) Products Liability Litigation*, No. 3:16-md-2734-MCR-GRJ (N.D. Fla.) (the "Abilify MDL"),

WHEREAS, no opposition to CTO-23 has been filed with the JPML as of this date,

WHEREAS, Plaintiffs have agreed to not oppose transfer of this case to the Abilify MDL,

WHEREAS, the Parties agree to stay all proceedings in this Court pending transfer to the Abilify MDL,

WHEREAS, the Court has the inherent power to stay its proceedings;

WHEREAS, Defendants contend that courts in the Northern District of California and elsewhere have determined that a stay pending transfer to the Abilify MDL is of limited duration causing little or no prejudice, uses party and judicial resources efficiently, and promotes uniformity, consistency, and predictability in litigation (*see* Order ECF No. 16, *Rollo v. Bristol-Myers Squibb, Co.*, No. 4:18-cv-2577-HSG (N.D. Cal. May 15, 2018); *Pamintuan v. Bristol-Myers Squibb Co.*, No. 16-cv-00254-HSG, 2016 WL 4319844 (N.D. Cal. July 14, 2016) (Gilliam, J.); Order, ECF No. 60, *Ginsberg v. Bristol-Myers Squibb Co.*, No. 1:17-cv-11606-WGY (D. Mass. Sept. 26, 2017); Order, ECF No. 13, *Stiggle v. Bristol-Myers Squibb Co.*, No. 3:17-cv-01387-JAM (D. Conn. Sept. 5, 2017));

WHEREAS, no motion to remand has been filed as of this date in this Court, and the Parties agree to brief any remand issues before Judge Casey Rodgers in the Abilify MDL;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**

1. The proceedings in this action will be stayed pending the JPML's transfer order;
2. Plaintiffs will not oppose or move to vacate CTO-23;
3. In opposing any motion to remand filed in this case, Defendants will not raise procedural or substantive arguments regarding Plaintiffs' non-opposition to the transfer of this case to the Abilify MDL;
4. In opposing any motion to remand filed in this case, Defendants will not raise procedural or substantive arguments regarding Plaintiffs' agreement to stay these proceedings pending transfer to the Abilify MDL;
5. The Parties will brief any remand issues before Judge Casey Rodgers in the Abilify MDL; and
6. Defendants' Answers or other responsive pleadings will not be due until 30 days after the JPML enters its transfer order.

**IT IS SO STIPULATED AND AGREED**.

Dated: August 23, 2018

ARNOLD & PORTER KAYE SCHOLER LLP

By:     */s/ Sharon D. Mayo*
Sharon D. Mayo (SBN: 150469)
sharon.mayo@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

*Counsel for Defendant*
*Bristol-Myers Squibb Company*

WINSTON & STRAWN LLP

By:     */s/ Krista M. Enns*
Krista M. Enns (SBN: 206430)
kenns@winston.com
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: 415.591.1000
Facsimile: 415.591.1400

*Counsel for Defendant*
*Otsuka America Pharmaceutical, Inc.*

JOSEPH & COHEN

By:     */s/ Jonathan M. Cohen*
Jonathan M. Cohen (SBN: 168207)
jcohen@josephandcohen.com
1855 Market Street
San Francisco, CA 94103
Telephone: 415.817.9200
Facsimile: 415.223.3468

*Counsel for Defendant*
*McKesson Corporation*

NAPOLI SHKOLNIK, PLLC

By:     */s/ Jennifer Liakos*
Jennifer Liakos (SBN: 207487)
JLiakos@NapoliLaw.com
5757 W. Century Blvd., Suite 680
Los Angeles, CA 90045
Tel.: 310-331-8224
Fax: 310-736-2877

*Counsel for Plaintiffs*

1  I, Sharon D. Mayo, hereby attest that the concurrence to the filing of this document has been
2  obtained from each signatory hereto.

3  　　　　　　　　　　　　　　　　　　　　　*/s/ Sharon D. Mayo*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 24, 2018



---

7

STIPULATION TO STAY PROCEEDINGS PENDING TRANSFER TO THE ABILIFY® MDL
CASE NO.: 3:18-cv-05007-JST