# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS
LIABILITY LITIGATION                                           MDL No. 2734

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –23)

On October 3, 2016, the Panel transferred 20 civil action(s) to the United States District Court for the Northern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 232 F.Supp.3d 1342 (J.P.M.L. 2016). Since that time, 43 additional action(s) have been transferred to the Northern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable M. Casey Rodgers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Florida and assigned to Judge Rodgers.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Florida for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable M. Casey Rodgers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 29, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits

By _____
Deputy Clerk

IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS
LIABILITY LITIGATION                                      MDL No. 2734

## SCHEDULE CTO-23 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| 3:18-cv-2059     CAN | 3 | 18-04928 | Mack et al v. Bristol-Myers Squibb Company et al |
| Opposed 8/28/18  ~~CAN~~ | ~~3~~ | ~~18-04968~~ | ~~Ortega et al v. Bristol-Myers Squibb Company et al~~ |
| 3:18-cv-2060     CAN | 3 | 18-05007 | Adams et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2061     CAN | 3 | 18-05016 | Novick et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2062     CAN | 3 | 18-05021 | Corralejo et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2063     CAN | 3 | 18-05032 | Abraham Jr. et al v. Bristol-Myers Squibb Company et al |
| Opposed 8/28/18  ~~CAN~~ | ~~4~~ | ~~18-05052~~ | ~~Williams et al v. Bristol-Myers Squibb Company et al~~ |
| 3:18-cv-2064     CAN | 3 | 18-05055 | Earp et al v. Bristol-Myers Squibb Company et al |
| 3:18cv2065       CAN | 4 | 18-04931 | Marabuto et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2066     CAN | 4 | 18-05046 | Alford et al v. Bristol-Myers Squibb Company et al |
| **DELAWARE** | | | |
| 3:18-cv-2067     DE | 1 | 18-01238 | Adams et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2068     DE | 1 | 18-01241 | Kinkle et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2069     DE | 1 | 18-01242 | Arbuckle et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2070     DE | 1 | 18-01243 | Meyer et al v. Bristol-Meyers Squibb Company et al |
| 3:18-cv-2071     DE | 1 | 18-01244 | Alexander et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2072     DE | 1 | 18-01248 | Covas et al v. Bristol Myers Squibb Company et al |